**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATHAN HAMMERSTONE,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL NO. 1:CV-07-01088** |
| | : | |
| **v.** | : | **(Chief Judge Kane)** |
| | : | |
| **DONATE, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

   Plaintiff, Nathan Hammerstone, an inmate currently incarcerated at the Lackawanna

County Prison in Scranton, Pennsylvania, commenced this action pro se by filing a civil rights

complaint pursuant to the provisions of 42 U.S.C. § 1983.  (Doc. 1.)  Plaintiff

contemporaneously filed a motion for summary judgment.  (Doc. 4.)  Since Plaintiff's motion for

summary judgment was filed less than twenty (20) days after commencement of the action, **IT IS**

**HEREBY ORDERED THAT** Plaintiff's motion for summary judgment (Doc. 4) is **DENIED** as

premature.  See Fed. R. Civ. P. 56(a).


                                            S/ Yvette Kane
                                            YVETTE KANE, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania


Dated: July 25, 2007.